UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14-CR-168-LRH-NJK |
| Plaintiff, | ) ) ) | MINUTES OF THE COURT |
| vs. | ) ) | DATED: Monday, October 6, 2014 |
| ERICK TENORIO | ) ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk:   Dionna Negrete            Reporter: None Appearing
U.S. Attorney:   None Appearing           Counsel for Defendants:   None Appearing

MINUTE ORDER IN CHAMBERS:

    Before the Court is defendant's Motion to Change BOP Designation Request [#35], good cause appearing,

    IT IS ORDERED that defendant's motion is GRANTED.

    IT IS FURTHER ORDERED that the judgment shall reflect a recommendation to a Northern California Bureau of Prisons designation.

    IT IS SO ORDERED.

                                    LANCE S. WILSON, CLERK


                        By:   D. NEGRETE
                             Deputy Clerk